UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAFAEL JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:07CV1717 FRB |
| | ) |
| GATEWAY METRO CREDIT UNION, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Plaintiff has, while incarcerated, brought three or more civil actions in federal court that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief can be granted. See Jones v. Brayer, 4:07CV1704 RWS (E.D. Mo.); Jones v. Brayer, 4:07CV1723 ERW (E.D. Mo.); Jones v. Goodom, 4:07CV1834 CDP (E.D. Mo.). As a result, plaintiff may not proceed in forma pauperis unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

In the instant complaint, plaintiff does not allege that he is in imminent danger of serious physical injury. As a result, the Court will deny the motion and order plaintiff to pay the full filing fee of $350 no later than December 14, 2007.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [#2] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall pay the $350 filing fee **no later than December 14, 2007**. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison identification number; (3) the case number; and (4) that the remittance is for the filing of this action.

**IT IS FURTHER ORDERED** that if plaintiff fails to timely pay the filing fee, this case will be dismissed.

Dated this 14th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE